UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
DAVIS, KIMBERLEE ANN § Case No. 10-38997 JPC
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON_____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-38997 | Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | DAVIS, KIMBERLEE ANN | | Date Filed (f) or Converted (c): | 08/31/10 (f) |
| | | | 341(a) Meeting Date: | 10/27/10 |
| For Period Ending: | 08/31/12 | | Claims Bar Date: | 03/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1625 East 91st Place Chicago, IL 60617 - (Debtors | 170,223.00 | 0.00 | | 0.00 | 0.00 | 270,086.00 | 15,000.00 |
| 2. Checking account with Bank of America | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 3. Savings account with Bank of America | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,500.00 |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 6. Necessary wearing apparel. | 60.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 60.00 |
| 7. Jewelry | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Earrings, watch, costume jewelry | 75.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 75.00 |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 4,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 10. 2009 Hummer H3 (over 15,000 miles) | 21,050.00 | 18,650.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 11. Law suit v.United (u) | 0.00 | 10,000.00 | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.21 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $197,958.00 | $29,150.00 | | $7,500.21 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $270,086.00 | $23,585.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 10-38997 Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DAVIS, KIMBERLEE ANN | Date Filed (f) or Converted (c): | 08/31/10 (f) |
| | | 341(a) Meeting Date: | 10/27/10 |
| | | Claims Bar Date: | 03/01/12 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:55 pm. I spoke with the Debtor's personal injury lawyer, and he is still trying to settle the
case.

November 28, 2011, 12:57 pm Made a $15,000 settlement demand on the defendant. They will get back. Also heard from the
brother who claims to have both facts and evidence.
November 30, 2011, 05:19 pm Settled action for $7,500.00 today. United will prepare documents.
Wrongful discharge case pending in U.S. District Court.


Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13


_____  Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-38997 -JPC | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | DAVIS, KIMBERLEE ANN | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******8430  Checking Account |
| Taxpayer ID No: | *******6481 |  |  |
| For Period Ending: | 08/31/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/09/12 |  | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,469.83 |  | 7,469.83 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,469.83 | 0.00 | 7,469.83 |
| Less:  Bank Transfers/CD's | 7,469.83 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less:  Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

Page Subtotals          7,469.83          0.00

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-38997 -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DAVIS, KIMBERLEE ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9726  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6481 | | | |
| For Period Ending: | 08/31/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/12 | 11 | United Airlines | | 1249-000 | 7,500.00 | | 7,500.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,500.06 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.22 | 7,490.84 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,490.90 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.90 | 7,482.00 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,482.07 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.81 | 7,472.26 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 7,472.28 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 2.45 | 7,469.83 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,469.83 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,500.21 | 7,500.21 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,469.83 | |
| Subtotal | 7,500.21 | 30.38 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,500.21 | 30.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8430 | 0.00 | 0.00 | 7,469.83 |
| Money Market Account (Interest Earn - ********9726 | 7,500.21 | 30.38 | 0.00 |
| | 7,500.21 | 30.38 | 7,469.83 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     7,500.21     7,500.21

UST Form 101-7-TFR (5/1/2011) (Page: 6)

LFORM24

Ver: 16.06f

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| | |
|---|---|
| Case No: | 10-38997 -JPC |
| Case Name: | DAVIS, KIMBERLEE ANN |
| Taxpayer ID No: | *******6481 |
| For Period Ending: | 08/31/12 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9726  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********8430

Money Market Account (Interest Earn - ********9726

Page Subtotals     0.00     0.00

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: August 31, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-38997  
Debtor Name: DAVIS, KIMBERLEE ANN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | Filed 10/19/11 | $0.00 | $14,466.83 | $14,466.83 |
| 000002<br>070<br>7100-00 | FIA CARD SERVICES, N.A. in interest<br>Bank of America N.A. (USA) and MBNA Amer<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | Filed 10/24/11 | $0.00 | $18,327.54 | $18,327.54 |
| 000003<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 11/08/11 | $0.00 | $6,084.88 | $6,084.88 |
| | Case Totals: | | | $0.00 | $38,879.25 | $38,879.25 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38997 JPC
Case Name: DAVIS, KIMBERLEE ANN
Trustee Name: RONALD R. PETERSON

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | FIA CARD SERVICES, N.A. in interest<br>Bank of America N.A. (USA) and MBNA Amer<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ | $ | $ |
| 000003 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE