**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § 
 § 
DAVIS, KIMBERLEE ANN § Case No. 10-38997 JPC
 § 
Debtor(s) § 

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/01/2012 in Courtroom 680,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/27/2012              By: UNITED STATES BANKRUPTCY
                                          COURT
                                                        Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| DAVIS, KIMBERLEE ANN | § | Case No. 10-38997 JPC |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| The Final Report shows receipts of | $ | 7,500.21 |
| and approved disbursements of | $ | 30.38 |
| leaving a balance on hand of[1] | $ | 7,469.83 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: RONALD R. PETERSON | $ 1,500.02 | $ 0.00 | $ 1,500.02 |

| | |
| --- | --- |
| Total to be paid for chapter 7 administrative expenses | $ 1,500.02 |
| Remaining Balance | $ 5,969.81 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 38,879.25  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  15.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 14,466.83 | $ 0.00 | $ 2,221.34 |
| 000002 | FIA CARD SERVICES, N.A. in interest Bank of America N.A. (USA) and MBNA Amer<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 18,327.54 | $ 0.00 | $ 2,814.15 |
| 000003 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 6,084.88 | $ 0.00 | $ 934.32 |
| | Total to be paid to timely general unsecured creditors | | | $ 5,969.81 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson  
                    Trustee

*RONALD R. PETERSON*  
*JENNER & BLOCK LLP*  
*353 N. CLARK STREET*  
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 10-38997-JPC
Kimberlee Ann Davis  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: rgreen     Page 1 of 2     Date Rcvd: Sep 25, 2012
                 Form ID: pdf006    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2012.

```
db           +Kimberlee Ann Davis,    1625 East 91st Place,    Chicago, IL 60617-3502
16069739     +CHASE,    Attn: Bankruptcy Dept.,    201 N Walnut St # De1-10,    Wilmington, DE 19801-2920
16069747     +CHASE,    Attn: Bankruptcy Dept.,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
16069758     +Chase,    Bankruptcy Department,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
18032125      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
16069749     +Clerk, First Mun Div,    50 W. Washington St., Rm. 1001,    Chicago, IL 60602-1316
16069742     +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
16069743     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17960752      FIA CARD SERVICES, N.A. in interest,    Bank of America N.A. (USA) and MBNA Amer,    PO Box 15102,
                Wilmington, DE 19886-5102
16069748     +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
                Chicago, IL 60603-5571
16069753     +Rogers & Hollands,    Bankruptcy Department,    135 S. LaSalle, Ste. 8019,    Chicago, IL 60674-1071
16069756     +Rush University Medical Center,    Bankruptcy Department,    1700 W. Van Buren St.,
                Chicago, IL 60612-3228
16069744     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
16069740     +United Airlines Xpass,    C/O JNR Adjustment Company,    2905 Northwest Blvd,
                Plymouth, MN 55441-7400
16069754     +Village of Oak Lawn,    Bankruptcy Department,    9446 S. Raymond,    Oak Lawn, IL 60453-2449
16069741     +WFM/WBM,    Attn: Bankruptcy Dept.,    4101 Wiseman Blvd # Mc-T,    San Antonio, TX 78251-4200
16069746     +Wffnatbank,    Attn: Bankruptcy Dept.,    Po Box 94498,    Las Vegas, NV 89193-4498
16069745     +Wfnnb/Limited,    Attn: Bankruptcy Dept.,    Po Box 330066,    Northglenn, CO 80233-8066
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16069755     +E-mail/Text: jmastenb@ccrservices.com Sep 26 2012 02:01:15     CCR Services,    Bankruptcy Dept,
                PO Box 32299,    Columbus, OH 43232-0299
17939870      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2012 02:56:13     Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
16069751     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 26 2012 02:56:13     Discover FIN SVCS LLC,
                Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
16069757      E-mail/Text: cio.bncmail@irs.gov Sep 26 2012 01:51:23     IRS Non-Priority,
                Attn: Bankruptcy Dept.,    Box 21126,    Philadelphia, PA 19114
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16069750      Ashley Davis
16069759    ##+Ashley Davis,    1235 W Daseline Rd,    Apt. 324,    Tempe, Arizona 85283-5949
16069752    ##+BANK OF America,    Attn: Bankruptcy Dept.,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 27, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: rgreen                Page 2 of 2                   Date Rcvd: Sep 25, 2012
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2012 at the address(es) listed below:

```
              Jonathan D Parker    on behalf of Debtor Kimberlee Davis ndil@geracilaw.com
              Nathan E Curtis    on behalf of Debtor Kimberlee Davis ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Ralston    on behalf of Plaintiff  Discover Bank, Issuer of the Discover Card,
               richardr@w-legal.com,   angelan@w-legal.com;adaml@w-legal.com
              Ronald  Peterson    on behalf of Trustee Ronald Peterson rpeterson@jenner.com,  lraiford@jenner.com
              Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 6
```