# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
DAVIS, KIMBERLEE ANN                      §         Case No. 10-38997 JPC
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 CHASE Attn: Bankruptcy Dept. 201 N Walnut St # De1-10 Wilmington DE 19801 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 Rogers & Hollands Bankruptcy Department 135 S. LaSalle, Ste. 8019 Chicago IL 60674 | | | | | |
| | 3 WFM/WBM Attn: Bankruptcy Dept. 4101 Wiseman Blvd # Mc-T San Antonio TX 78251 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON,TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 BANK OF America Attn: Bankruptcy Dept. Po Box 17054 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 10 United Airlines  Xpass C/O JNR Adjustment Company 2905 Northwest Blvd Plymouth MN 55441 | | | | | |
| | 11 Village of Oak Lawn Bankruptcy Department 9446 S. Raymond Oak Lawn IL 60453-2489 | | | | | |
| | 12 Wffnatbank Attn: Bankruptcy Dept. Po Box 94498 Las Vegas NV 89193 | | | | | |
| | 13 Wfnnb/Limited Attn: Bankruptcy Dept. Po Box 330066 Northglenn CO 80233 | | | | | |
| | 2 Chase Bankruptcy Department 800 Brooksedge Blvd. Westerville OH 43081 | | | | | |
| | 3 CHASE Attn: Bankruptcy Dept. 800 Brooksedge Blvd Westerville OH 43081 | | | | | |
| | 4 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 50 W. Washington St., Rm. 1001 Chicago IL 60602 | | | | | |
| | 6 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 7 IRS Non-Priority Attn: Bankruptcy Dept. Box 21126 Philadelphia PA 19114 | | | | | |
| | 8 Rush University Medical Center Bankruptcy Department 1700 W. Van Buren St. Chicago IL 60612 | | | | | |
| | 9 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | CCR Services Bankruptcy Dept PO Box 32299 Columbus OH 43232 | | | | | |
| | Clerk, First Mun Div | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael D. Fine Bankruptcy Department 131 S. Dearborn St., floor 5 Chicago IL 60603 | | | | | |
| 000003 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | FIA CARD SERVICES, N.A. IN INTEREST | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

**Exhibit 8**

| Case No: | 10-38997 | Judge: JACQUELINE P. COX |
| Case Name: | DAVIS, KIMBERLEE ANN | |
| For Period Ending: | 11/13/12 | |

| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 08/31/10 (f) |
| 341(a) Meeting Date: | 10/27/10 |
| Claims Bar Date: | 03/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1625 East 91st Place Chicago, IL 60617 - (Debtors | 170,223.00 | 0.00 | | 0.00 | 0.00 | 270,086.00 | 15,000.00 |
| 2. Checking account with Bank of America | 400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 400.00 |
| 3. Savings account with Bank of America | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 100.00 |
| 4. Household goods; TV, DVD player, TV stand, stereo, | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 1,500.00 |
| 5. Books, Compact Discs, Tapes/Records, Family Pictur | 50.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 50.00 |
| 6. Necessary wearing apparel. | 60.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 60.00 |
| 7. Jewelry | 500.00 | 500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Earrings, watch, costume jewelry | 75.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 75.00 |
| 9. Pension w/ Employer/Former Employer - 100% Exempt. | 4,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 4,000.00 |
| 10. 2009 Hummer H3 (over 15,000 miles) | 21,050.00 | 18,650.00 | | 0.00 | 0.00 | 0.00 | 2,400.00 |
| 11. Law suit v.United (u) | 0.00 | 10,000.00 | | 7,500.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.21 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $197,958.00 | $29,150.00 | | $7,500.21 | $0.00 | $270,086.00 | $23,585.00 |

(Total Dollar Amount in Column 6)

LFORM1EX

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-38997 | Judge: JACQUELINE P. COX | |
| Case Name: | DAVIS, KIMBERLEE ANN | | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 08/31/10 (f) |
| 341(a) Meeting Date: | 10/27/10 |
| Claims Bar Date: | 03/01/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:55 pm.  I spoke with the Debtor's personal injury lawyer, and he is still trying to settle the

case.

November 28, 2011, 12:57 pm Made a $15,000 settlement demand on the defendant. They will get back.  Also heard from the

brother who claims to have both facts and evidence.

November 30, 2011, 05:19 pm Settled action for $7,500.00 today.  United will prepare documents.

Wrongful discharge case pending in U.S. District Court.

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 12/31/13

_____ Date: _____

RONALD R. PETERSON

FORM 2                                    Page:   1
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| Case No: | 10-38997  -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DAVIS, KIMBERLEE ANN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8430  Checking Account |
| Taxpayer ID No: | *******6481 | | | |
| For Period Ending: | 11/13/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,469.83 | | 7,469.83 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.60 | 7,465.23 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 4.76 | 7,460.47 |
| 11/08/12 | 030001 | Ronald R. Peterson,Trustee | Professional Fees | 2100-000 | | 1,500.02 | 5,960.45 |
| | | Jenner & Block LLP | Fee Application Allowances | | | | |
| 11/08/12 | 030002 | Discover Bank | Final distribution | 7100-000 | | 2,217.86 | 3,742.59 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 11/08/12 | 030003 | FIA CARD SERVICES, N.A. in interest | Final distribution | 7100-000 | | 2,809.73 | 932.86 |
| | | Bank of America N.A. (USA) and MBNA Amer | | | | | |
| | | PO Box 15102 | | | | | |
| | | Wilmington, DE 19886-5102 | | | | | |
| 11/08/12 | 030004 | Chase Bank USA NA | Final distribution | 7100-000 | | 932.86 | 0.00 |
| | | PO BOX 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 7,469.83 | 7,469.83 | 0.00 |
| Less:  Bank Transfers/CD's | | 7,469.83 | 0.00 | |
| Subtotal | | 0.00 | 7,469.83 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 7,469.83 | |

Page Subtotals          7,469.83       7,469.83

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 10-38997  -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | DAVIS, KIMBERLEE ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9726  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6481 | | | |
| For Period Ending: | 11/13/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/27/12 | 11 | United Airlines | | 1249-000 | 7,500.00 | | 7,500.00 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,500.06 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.22 | 7,490.84 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,490.90 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 8.90 | 7,482.00 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,482.07 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.81 | 7,472.26 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 7,472.28 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 2.45 | 7,469.83 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,469.83 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | 7,500.21 | 7,500.21 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 7,469.83 | |
| | Subtotal | 7,500.21 | 30.38 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 7,500.21 | 30.38 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| | TOTAL - ALL ACCOUNTS | | | |
| | Checking Account - *******8430 | 0.00 | 7,469.83 | 0.00 |
| | Money Market Account (Interest Earn - ********9726 | 7,500.21 | 30.38 | 0.00 |
| | | ----------------------- | ----------------------- | ----------------------- |
| | | 7,500.21 | 7,500.21 | 0.00 |
| | | ============== | ============== | ============== |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    7,500.21              7,500.21

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-38997 -JPC | |
| Case Name: | DAVIS, KIMBERLEE ANN | |
| Taxpayer ID No: | *******6481 | |
| For Period Ending: | 11/13/12 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9726  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********8430
Money Market Account (Interest Earn - ********9726

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b